UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: NONJUDICIAL FORFEITURE )
PROCEEDING ) MBD No. 16mc91322
) DJC

### ORDER EXTENDING THE TIME TO FILE
### CIVIL FORFEITURE COMPLAINT AND/OR
### OBTAIN INDICTMENT ALLEGING FORFEITURE

WHEREAS, Igor Kesaev (the "Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Customs and Border Protection ("CBP"):

 a. $49,205 in United States currency, seized from Igor Kesaev on May 29, 2016, at Boston Logan International Airport; and

 b. 14,575 in Euo Dollars (converted to $15,384.35 in United States currency), seized from Igor Kesaev on May 29, 2016, at Boston Logan International Airport

(collectively, the "Currency");

WHEREAS, the United States and the Claimant (collectively, the "Parties") have agreed, as provided in 18 U.S.C. § 983(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture;

WHEREAS, the Parties having jointly moved the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment, alleging that the Currency is subject to forfeiture;

WHEREAS, the United States having represented to the Court that the CBP sent notice of its intent to forfeit the Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Currency as required by law in the nonjudicial civil forfeiture

proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture based upon agreement of the Parties;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Currency and/or to obtain an indictment alleging that the Currency is subject to forfeiture is extended to December 16, 2016.

United States District Judge

Dated: October 19, 2016